MURRAY, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Action by James Murray, etc., against Edward

S. Smith and others, as executors, etc., and another. No opinion. Motion granted, without costs, upon condition that the judgment be entered within three days after the entry of the order. See, also, 166 App. Div. 528, 152 N. Y. Supp. 102.